

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

William R. and Susan M. Knoderer, Appellants

No. 06-13-00027-CV      v.

State Farm Lloyds, Penni Perkins and Tom Roberts, Appellees

Appeal from the 354th District Court of Hunt County, Texas (Tr. Ct. No. 74,037). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and render judgment deleting all sanctions against Susan and remand for further proceedings consistent with our opinion including, at the discretion of the trial court, an assessment of other lesser sanctions against William.

We further order that the appellees, State Farm Lloyds, Penni Perkins and Tom Roberts, pay all costs of this appeal.

RENDERED SEPTEMBER 19, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk